PAULINE HAEBLER, Respondent, *v.* THE JOHN EICHLER BREWING COMPANY et al., Appellants.

Reported below, 42 App. Div., 95.
(Argued October 2, 1899; decided October 10, 1899.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered July 12, 1899, affirming a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term.

The motion was made upon the ground that the decision of the Appellate Division was unanimous.

*Robert B. Honeyman,* for motion.

*George E. P. Howard* opposed.

Motion denied, with ten dollars costs.